**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1928**

MOHAMED AHMED,

        Plaintiff - Appellant,

    v.

MUNA ABD-ALLAH,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:25-cv-00553-CMH-IDD)

Submitted: October 31, 2025          Decided: November 18, 2025

Before KING, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Mohamed Ahmed, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohamed Ahmed appeals the district court's order granting Muna Abd-Allah's motion to dismiss and dismissing Ahmed's complaint for lack of subject matter jurisdiction. We have reviewed the record and discern no reversible error. Accordingly, we modify the district court's order, *Ahmed v. Abd-Allah*, No. 1:25-cv-00553-CMH-IDD (E.D. Va. July 31, 2025), to reflect dismissal of Ahmed's action without prejudice, *see S. Walk at Broadlands Homeowner's Ass'n v. OpenBand at Broadlands, LLC*, 713 F.3d 175, 185 (4th Cir. 2013), and affirm the order as modified, *see* 28 U.S.C. § 2106. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*